```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
EDWARD J. THOMPSON,              :
                                 :
                    Plaintiff,   :
                                 :   09 Civ. 6612 (BSJ)(KNF)
          v.                     :
                                 :
                                 :        Order
D.C. 9 and PRESTIGE DECORATING AND :
WALL, INC.,                      :
                                 :
                    Respondent.  :
------------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

After having reviewed Magistrate Judge Fox's Report and Recommendation dated January 20, 2010, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). According, the above-captioned case is dismissed without prejudice.

Because no further issues remain to be decided, the Clerk of the Court is directed to close the case.

SO ORDERED:

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          April 2, 2010